1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7                    IN THE UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10 SARAH BASEL,                          CASE NO. 2:23-CV-02752-KJM-KJN

11            Plaintiff,                 STIPULATION AND ORDER FOR FIRST
                                         EXTENSION OF TIME
12       v.

13 UR JADDOU, ET AL.,

14            Defendants.

1

Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns a Form I-130 petition for alien relative that Plaintiff Basel filed on behalf of her noncitizen spouse. U.S. Citizenship and Immigration Services ("USCIS") has issued a request for evidence ("RFE") and scheduled an interview on Plaintiff's petition for February 2, 2024. The parties anticipate that USCIS will be able to complete the adjudication of Plaintiff's petition following receipt of Plaintiff's RFE response and completion of the interview, which is expected to render this lawsuit moot. The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 1, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: December 21, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

ORDER

Finding good cause, the court hereby orders the new date for defendants to file an answer or other dispositive pleading is April 1, 2024. The initial scheduling conference set for April 11, 2024, ECF No. 3, shall remain on calendar and will be reset as needed in the future.

IT IS SO ORDERED.

DATED: January 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE